# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0693. MICHAEL B. JACKSON v. NORMAN J. PITTMAN.

In this estate administration matter, Michael B. Jackson's appeal was docketed in this Court on December 2, 2022, and his initial brief was due on December 22, 2022. To date, Jackson has neither filed a brief nor a motion for extension of time to file, thereby violating the requirements of Court of Appeals Rule 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed."). Failure to file a brief, unless the time for filing has been "extended upon motion for good cause shown, may result in the dismissal of the appeal[.]" Id. See also Court of Appeals Rule 16 (b) ("Failure to request an extension of time to file a brief before its due date may result in the dismissal of the appeal or non-consideration of the brief if untimely filed."). Therefore, due to Jackson's violation of Court of Appeals Rule 23 (a), his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/05/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*